Dismissed and Memorandum Opinion filed August 31, 2006








Dismissed
and Memorandum Opinion filed August 31, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-00848-CV

____________

 

UNITED STATES LIABILITY INSURANCE
COMPANY, Appellant

 

V.

 

GREENSPOINT LANDING CONDOMINIUM
ASSOCIATION, INC., Appellee

 



 

On Appeal from the County Civil Court at Law No. 1

Harris County, Texas

Trial Court Cause No. 750,651

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 25, 2005.  On August 25, 2006,
appellant filed a motion to dismiss the appeal because the case has been
settled. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed August
31, 2006.

Panel consists of Justices Anderson, Hudson, and Guzman.